# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina
### Civil Division

FILED
CHARLOTTE, NC

FEB 0 6 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

Nicole Abrams-Kelly
C/o Global Existence Foundation

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Nissan of North America
GEICO Insurance Corporation
Modern Automotive Network (NC)

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:25-CV-90-KDB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nicole Abrams-Kelly |
| Street Address | 9932 Janeiro Drive |
| City and County | Huntersville, Mecklenburg County |
| State and Zip Code | North Carolina 28078 |
| Telephone Number | (856) 379-9004 |
| E-mail Address | NicoleAbramsKelly@outlook.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Nissan of North America
- Job or Title (if known): Arbitration Specialist - CA
- Street Address: PO Box 685003
- City and County: Franklin
- State and Zip Code: TN, 37068-5003
- Telephone Number: (615) 725-7851
- E-mail Address (if known): amanda.yett@nissan-usa.com

Defendant No. 2
- Name: GEICO Insurance (Claims Dept.)
- Job or Title (if known): Asst. VP Virginia Beach Regional Ofc.
- Street Address: 1345 Perimeter Parkway
- City and County: Virginia Beach
- State and Zip Code: Virginia, 23454
- Telephone Number: (888) 841-1003
- E-mail Address (if known): N/A

Defendant No. 3
- Name: Mr. David Fox
- Job or Title (if known): NC AGO, Consumer Protection Specialists
- Street Address: 9001 Mail Service Center
- City and County: Raleigh, Wake County
- State and Zip Code: North Carolina, 27699-9001
- Telephone Number: (919) 716-6400
- E-mail Address (if known): opengov@ncdoj.gov

Defendant No. 4
- Name: Mr. Randy Reid
- Job or Title (if known): Federal DOT, NHTSA Chief of Defects
- Street Address: 1200 New Jersey Avenue, SE
- City and County: Washington
- State and Zip Code: District of Columbia, 20590
- Telephone Number: (202) 366-2992
- E-mail Address (if known): Interpretations.NHTSA@dot.gov

Defendant No. 5
Attorney Michael Feiereisel
Modern Automotive General Counsel
3901 W Pt. Blvd.
Winston-Salem
North Carolina, 27103

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, (name) __Nicole Abrams-Kelly__, is a citizen of the State of (name) __North Carolina__

2. If the plaintiff is a corporation

   The plaintiff, (name) __Global Existence Foundation (GEF)__ is incorporated under the laws of the State of (name) __North Carolina__, and has its principal place of business in the State of (name) __North Carolina__.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, (name) __Nissan of North America__, is a citizen of the State of (name) __Tennessee__. Or is a citizen of (foreign nation) __Nissan Shatai Kyushu Corp., LTD.__

2. If the defendant is a corporation

   The defendant, (name) __GEICO Insurance Corporation__ is incorporated under the laws of the State of (name) __Maryland__, and has its principal place of business in the State of (name) __Maryland__. Or is incorporated under the laws of (foreign nation) __N/A__, and has its principal place of business in (name) __Chevy Chase, Maryland__.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Nissan of NA ~ $63,000 or replacement vehicle
GEICO Insurance ~ $10,000. Taxes, tags, repair/maintenance refund and fees.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 11/10/2010, at *(place)* GEICO Repair facility (Toyota of Scion), the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

Customer invoice number #59620 (collision repairs before inspection by Nissan Service technicians on day of release (12/08/2010). Additional problems sourced, inspected and kept as internal reports in lieu of air bag system, brake/rotor and tires replacement. Defects found during multi-point inspections.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Takata air bags, supplemental side air bags, curtain airbags, pretensioner seat belts "failed" to deploy and secure driver at the time of intentional collision. Injury reported to physician and medical legal general counsel (Atrium). Vehicle unabled to be repaired with complete system failures (multiple).

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Replacement of vehicle or value of vehicle (2025 - $63K). Payment of tax, tags, refund for repairs and fees by Insurance company (2025 ~ $10K).



*III - Statement of Claim* (handwritten)

**U.S. Department of Transportation**
**National Highway Traffic Safety Administration**

Administrator

1200 New Jersey Avenue, SE
Washington, DC 20590

March 21, 2016

Ms. Nicole Abrams-Kelly
9932 Janeiro Drive
Huntersville, NC 28078

NEF-160 nam
Ref. No. 10745373

Dear Ms. Abrams-Kelly:

Thank you for your correspondence concerning your model year (MY) 2006 Nissan Armada. Your correspondence was received by the National Highway Traffic Safety Administration's (NHTSA) Office of Defects Investigation. Due to the volume of letters our Agency received in 2015, we are just now responding to your letter and regret any inconvenience our delay in responding may have caused you.

NHTSA is the Federal agency responsible for improving safety on our Nation's highways. We are authorized to order manufacturers to recall and repair motor vehicles or motor vehicle equipment when our investigations indicate that they contain safety defects in their design, construction, or performance. We also monitor the adequacy of manufacturers' recall campaigns. In order for the agency to initiate an investigation, we look carefully at the body of consumer complaints and other available data to determine whether a defect trend may exist. We do not have authority to act on isolated problems or resolve disputes between individual owners, dealers, or manufacturers.

NHTSA received two previous reports from you through our www.safercar.gov Web site. We received a report on July 31, 2015 (Ref. No. 10745373) where you indicate that you crashed your MY 2006 Nissan Armada in November 2010, but the air bags did not deploy. On October 11, 2015, we received another report (Ref. No. 10781329) regarding an issue with Nissan, your dealer, your insurance company, an auto body repair facility, and a brake repair on your vehicle. We received your latest letter on November 4, 2015, indicating you still have unresolved issues related to the crash and all the aforementioned parties. You request reimbursement from the dealer that inspected and repaired your vehicle after the crash.

We reviewed our database in an effort to identify whether a safety defect trend exists with regard to air bag non deployments and brake problems in MY 2006 Nissan Armada vehicles. At this time, there is insufficient evidence to indicate a defect trend that warrants opening a safety defect investigation. Furthermore, the MY 2006 Nissan Armada has not been recalled for air bag or brake problems. The information you provided has been entered into our database. It will be considered with future reports to identify any safety defect trends that may require our attention. For your information, NHTSA's investigation and recall process is on our Web site at www-odi.nhtsa.dot.gov/recalls/recallprocess.

*III - Statement of Claim*

Nissan for any additional information regarding the air bag non-deployment.

Your request for a reimbursement does not fall under our jurisdiction. You may consider contacting the North Carolina Office of the Attorney General regarding your problem and rights under the State laws. You may also ask your dealership for a meeting with a Nissan district manager regarding your problem. In addition, the Federal Trade Commission (FTC) has jurisdiction over non-safety defects, paint, fraud or deception, warranty and dealership problems, remuneration matters, and fair trade practices. There are three ways to contact the FTC: by toll free telephone at (877) 382-4357; by mail at Federal Trade Commission, CRC-240, Washington, DC 20580; and by using the Internet complaint form at www.ftccomplaintassistant.gov.

Should you encounter a safety-related problem with a motor vehicle or motor vehicle equipment in the future, we would appreciate it if you would complete an electronic Vehicle Owner's Questionnaire online at www.nhtsa.dot.gov/ivoq or call the Auto Safety Hotline at 888-327-4236. Also, a summary listing of vehicle owners' complaints, safety recalls, manufacturers' service bulletins, etc. can be obtained at www.nhtsa.dot.gov/cars/problems.

Sincerely,

*Randy Reid*

Randy Reid, Chief
Correspondence Research Division
Office of Defects Investigation
Enforcement

III. Statement of Claim



**TOCB255877**
SERVICE INVOICE

PARTS AND SERVICE HOURS:
MON-FRI: 7:00 AM TO 9:00 PM
SATURDAY: 7:00 AM TO 7:00 PM

BODY SHOP HOURS:
MON-FRI: 7:00 AM TO 6:00 PM
SATURDAY: 8:00 AM TO 3:00 PM

13429 STATESVILLE ROAD
HUNTERSVILLE, NC 28078
TELEPHONE (704) 875-9199

0201ITOCB255877

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 59620 | JASON POPE | 855  086 | 11/30/10 | TOCB255877 |

NICOLE KELLY
9932 JANEIR DR
HUNTERSVILLE, NC 28078

LABOR RATE | LICENSE NO. | MILEAGE 88,181 | COLOR BLACK/ | STOCK NO.
YEAR/MAKE/MODEL: 06/NISSAN TRUCK/ARMADA/
VEHICLE I.D. NO.: 5N1AA08B56N726547
R.T.E. NO. | P.O. NO. | R.O. DATE 11/22/10

RESIDENCE PHONE 704-271-3323
BUSINESS PHONE 704-779-8904

MO: 8818:

JOB# 1 TOTALS...

COMMENTS---------
GEICO ND
SENT EFT PAYMENT I
CUSTOMER PAY 0
TOTALS----------
*********************************
* [ ] CASH   [ ] CHECK   CK NO. [     ] *
* [ ] VISA   [ ] MASTERCARD   [ ] AMER EXPRESS *
* [ ] CHARGE   [ ] OTHER *
*********************************

ALL PARTS RETURNS ARE SUBJECT TO 15% RESTOCKING FEE
ALL ELECTRICAL AND SPECIAL ORDER PARTS ARE NOT RETURNABLE
ALL PARTS RETURNS MUST BE IN ORIGINAL UNDAMAGED PACKAGE

THANK YOU FOR YOUR BUSINESS!!

Right side tire Yokohoma not replaced after accident 12/3/10 NAK

12/7/10 NAK
Wedding band not removed from seat. (still present) dealership will handle issue

ALL PARTS NEW UNLESS OTHERWISE INDICATED.

PAGE 2 OF 2    SERVICE FILE COPY    { END OF INVOICE }    08:10pm

The Reynolds and Reynolds Company

III - Statement of Claim

                                                    18615 Statesville Rd.
                                                    Cornelius, NC 28031
                                                    Phone (704) 237-5100
                                                    Toll Free (866) 863-0463
                                                    Fax (704) 237-5137
                                                    www.modernnissanoflakenorman.com

```
       18366           SEAN GORE        8757    490      12/08/10    NICS103534
                                                88,254 GALAXY BLK    60538
9932 JANEIRO DR
HUNTERSVILLE, NC 28078  06/NISSAN/ARMADA/4DR SE 4WD AT  05/01/06         43
                        5 N 1 A A 0 8 B 5 6 N 7 2 6 5 4 7
NICOLEABRAMSKELLY@HOTMAIL.COM                           12/08/10
   704-271-3323                                                       MO: 88254
LABOR & PARTS
J# 1 18NIZ         * BRAKES             TECH(S):5936    INTERNAL
        CUSTOMER STATES THERE IS EXCESSIVE BRAKE NOISE HEARD SINCE
        RECENT COLLISION
        TECHNICIAN VERIFIED FRONT AND REAR BRAKE PADS AND ROTORS
        OK AT THIS TIME

                        JOB #  1 TOTAL LABOR & PARTS      0.00

J# 2 55NIZINSP     NISSAN MPI           TECH(S):5936    INTERNAL
        CUSTOMER REQUEST NISSAN MULTI-POINT INSPECTION
        SEE COMPLETED MULTI-POINT INSPECTION FORM
        PLEASE SEE YOUR SERVICE ADVISOR FOR ESTIMATE ON REPAIRS OR
        SERVICES RECOMMENDED ON MULTI-POINT INSPECTION. THANK YOU.

                        JOB #  2 TOTAL LABOR & PARTS      0.00

J# 3 55NIZGTIR    6/32" TREAD OR <      TECH(S):5936    INTERNAL
        TECH ADVISED TIRE TREAD DEPTH IS AT 6/32" OR GREATER
        AT THIS TIME
        SET TIRE PRESSURE AT 32 PSI
        REMEMBER UNDER INFLATED TIRES CAUSE EXCESSIVE FUEL
        CONSUMPTION AND PREMATURE TIRE WEAR.

                        JOB #  3 TOTAL LABOR & PARTS      0.00

COMMENTS
WAIT

TOTALS
*******************************
* [ ] CASH    [ ] CHECK  CK NO. [      ]  *     TOTAL LABOR....   0.00
* [ ] VISA    [ ] MASTERCARD [ ] DISCOVER *     TOTAL PARTS....   0.00
* [ ] AMER XPRESS  [ ] OTHER [ ] CHARGE   *     TOTAL SUBLET...   0.00
*******************************                TOTAL G.O.G....   0.00
                                                TOTAL MISC CHG.   0.00
        SERVICE HOURS                           TOTAL MISC DISC   0.00
MONDAY - FRIDAY  7:30am - 6:00pm                TOTAL TAX......   0.00
    SATURDAY   8:00am - 4:00pm                  TOTAL INVOICE $   0.00

EXCELLENCE IS OUR GOAL. IF YOU DON'T CONSIDER THIS SERVICE
VISIT DESERVING OF AN EXCELLENT RATING, PLEASE LET US KNOW.
YOU THE CUSTOMER ARE OUR GREATEST ASSET. THANK YOU VERY MUCH
FOR ALLOWING US TO SERVICE YOUR VEHICLE. KARL ZAENGLE SVC MG
VISIT US AT WWW.MODERNAUTOMOTIVE.COM


_____CUSTOMER SIGNATURE_____
*****************************   DUPLICATE INVOICE   *****************************


PAGE 1 OF 1       CUSTOMER COPY          [ END OF INVOICE ]  10:47am
```

Case 3:25-cv-00090-KDB-SCR    Document 1    Filed 02/06/25    Page 8 of 12

*IV Relief #* (handwritten)



# The Charlotte-Mecklenburg Hospital Authority

*Office of General Counsel*
704 355-3063
Fax 704 355-6330

FILED
CHARLOTTE, NC

FEB 0 4 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

Hand-Delivered

Nicole Abrams-Kelly
9932 Janeiro Dr.
Huntersville, NC 28078

Dear Ms. Abrams-Kelly,

My name is Sarah Coble and I am a Senior Associate General Counsel with The Charlotte-Mecklenburg Hospital Authority d/b/a Carolinas HealthCare System ("CHS"). I am in receipt of the copy of the notice of the next court date for your trial against Liberty Mutual/Safeco Ins. and Mueller, Inc. that you sent to our office. I understand that you have also sent copies of other pleadings from your court case.

Please accept this letter as notice that until and unless we are properly served with a valid subpoena, there will not be a CHS representative present at your trial. In addition, please direct all future communication about this matter to me as an attorney for CHS.

Sincerely,

*Sarah A. Coble* (signature)
Sarah A. Coble
Senior Associate General Counsel

cc: **19 pages** (handwritten)
Nicole Abrams-Kelly
52 Elderberry Ln.
Willingboro, NJ 08046

*Handwritten note:*
1/2/2018 - completion of Mecklenburg County FSE-13(7/10)
NAK Statement: Ability to return to work (release) by Physician. Appointment scheduled 02/2018. In accordance with enclosed pgs. 15, 16 and 18; as requested by OPM-Multi-State Insurance (Audit) Review

P.O. Box 32861 • Charlotte, NC 28232-2861



# Atrium Health

ATRIUM HEALTH MERCY - 6 SOUTH ORTHO/MED-SURG
2001 VAIL AVENUE
CHARLOTTE NC 28207
Dept: 704-304-6600
January 27, 2025

Patient: **Nicole B Abramskelly**
Date of Birth: **3/23/1975**
Date of Visit: **1/20/2025**


To Whom It May Concern:

Ms. Nicole Abrams Kelly has been hospitalized at Atrium Health Mercy from 1/23/2025 until today.

Please excuse her from a previously scheduled court date she missed.

If you have any questions or concerns, please don't hesitate to call.


Sincerely,

Dr. Edwin J. Pena, MD

| SUMMARY | DETAIL | PARTIES | CHARGES | EVENTS | SERVICE | HEARINGS | CONDITIONS | NOTES | DISPOSITION | FINANCIAL | PROT. ORDERS | BONDS | EXHIBITS | DOCUMENTS |

☆ **24CR404276-590**

**STATE OF NORTH CAROLINA VS NICOLE BRYNA ABRAMS-KELLY**

**Lead Attorney:** Green-Holloway, Victoria Hannah
**Retained:** 09/11/2024

Status **Pending**
Filed **09/07/2024**
Type **Criminal**
Court **Mecklenburg District Court**
Judicial Officer
Financial Balance **0.00**

**Charges**
1. SECOND DEGREE TRESPASS
   ACN **1911109**  (M3)  09/07/2024

Case Summary

Dispositions

**defendant demographics** — Errors

DOB 03/23/1975                                    Black Female
DL NC-22630386                                    5'9" 160lbs
SSN 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                                   Hair Brown
SID NC-NC1781034A                                 Eyes Brown

**case cross reference**
Criminal Process Number
MO-24-612378
RO-24-612505
Electronic Warrants Warrant ID
fkeSUDXTEtg1NAZsX2XDFM
b4AqWFXeh8N4htSzwecnck

**Future Activity**
04/03/2025  **Disposition Hearing** (Judicial Officer: MCCALLUM, KAREN DENISE)
9:00 AM     Location: Mecklenburg Co. Courthouse, Courtroom 4150
            *CMTC (DEF IN HDS); 4/3/25 4150A*

**Most Recent Events & Hearings**
01/23/2025  **Motion/Order to Continue** (Judicial Officer: MCCALLUM, KAREN DENISE)
            *CMTC (DEF IN HDS); 4/3/25 4150A*

01/23/2025  **Disposition Hearing** (Judicial Officer: MCCALLUM, KAREN DENISE)
9:00 AM     Location: Mecklenburg Co. Courthouse, Courtroom 4150
            Result: Continued
            *SMTC (STATE NEEDS TO ADD WIT) 1/23/25 4150A LAST FOR STATE*

🗎 01/21/2025  **Subpoena Returned**
              *UNABLE TO SERVE*
              Filed By: State STATE OF NORTH CAROLINA
              Charges: 1. SECOND DEGREE TRESPASS

🗎 01/21/2025  **Subpoena Returned**
              *UNABLE TO SERVE*
              Filed By: State STATE OF NORTH CAROLINA
              Charges: 1. SECOND DEGREE TRESPASS

🗎 12/27/2024  Attachment
🗎 12/12/2024  Attachment
🗎 12/03/2024  Motion
              *defendant documents*

10/17/2024  **Motion to Continue** (Judicial Officer: MCCALLUM, KAREN DENISE)
            *SMTC (STATE NEEDS TO ADD WIT) 1/23/25 4150A LAST FOR STATE*
            Filed By: Prosecuting Attorney Griffin, Cole

10/17/2024  **Electronic Warrants Assigned** (Judicial Officer: MCCALLUM, KAREN DENISE)
9:00 AM     Location: Mecklenburg Co. Courthouse, Courtroom 4150
            Result: Continued
            View more events  View more hearings

**flags & actions due**

**related cases**
24CR404276-590                                    Case Manager

Case 3:25-cv-00090-KDB-SCR    Document 1    Filed 02/06/25    Page 11 of 12

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/5/2025

Signature of Plaintiff
Printed Name of Plaintiff  Nicole Abrams-Kelly

B. **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address